# COURT MINUTES

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 6/11/2021    Time: 10:00 a.m.

Defendant: Miguel Emilio Gutierrez Diaz   J#: 02376-506    Case #: 21-CR-20151-ALTMAN

AUSA: Richard Getchell                              Attorney: Herman Frank Rubio, Esq. (Temp)

Violation: Consp/Distr/PWID/Import/Cocaine into U.S.

Proceeding: RRC/Arraignment/Detention Hearing          CJA Appt:

Bond/PTD Held: ☐ Yes  ☑ No        Recommended Bond: PTD

Bond Set at:                                        Co-signed by:

| | | |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs | Language: Spanish |

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**

Brady already given

Defendant not present at this hearing

*STIP PTD w/right to revisit (no hrg. held); Court sets*

Counsel requests a continuance of RRC/ARR; Granted

Time from today to _____ excluded from Speedy Trial Clock

---

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| *Report RE Counsel:* | *6/25/21* | *10:00 a.m.* | *Duty/Miami* | |
| PTD/Bond Hearing: | | | | |
| *Arraignment:* | *6/25/21* | *10:00 a.m.* | *Duty/Miami* | |
| Status Conference RE: | | | | |

D.A.R.  10:10:55                                Time in Court:  5 mins