IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-CR-20151-ALTMAN

UNITED STATES OF AMERICA,

v.

MIGUEL EMILIO GUTIERREZ DIAZ,
a/k/a "Aleman,"

Defendant.
_____/

## STIPULATED FACTUAL BASIS FOR PLEA

Pursuant to Rule 11(b)(3), the following sets forth the factual basis for defendant **MIGUEL EMILIO GUTIERREZ DIAZ**'s guilty plea to Count 1 of the indictment, which charges the defendant with conspiracy to distribute cocaine, knowing, intending, and having reasonable cause to believe that it would be imported into the United States, in violation of Title 21, United States Code, Section 963:

1. From 2014 through 2017, the defendant was part of a drug trafficking organization ("DTO") that engaged in the shipment of cocaine from the Dominican Republic to the United States, including South Florida.

2. One of the DTO's preferred methods of concealment was to press cocaine between the layers of cardboard in carboard box flaps. The boxes were then used in shipments of produce transported to the United States in shipping containers. Upon arrival of the containers, the boxes of produce were removed, the produce was discarded, and the cocaine was removed from the box flaps. The cocaine was then distributed in South Florida and the New York area.

3. The defendant was responsible for packaging the cocaine into thin bricks and concealing the bricks between the layers of cardboard in cardboard box flaps. This was done on a

farm in the Dominican Republic, which was in the name of a co-worker of the defendant's brother, Miguel Andres Gutierrez Diaz. At his co-defendant and brother, Miguel Andres Gutierrez Diaz's, direction, the defendant would dispatch the cardboard boxes containing the cocaine from the Dominican Republic to the United States.

4. The cocaine shipped to the United States by the DTO was sold to co-defendants Endy Nunez Marmol and Danny Nunez Marmol, who would receive the cocaine, transport it, and distribute it in the New York area. The proceeds from the sale of the narcotics were distributed among the members of the DTO.

5. In 2017, co-defendant Miguel Andres Gutierrez Diaz organized a load of cocaine and acquired a company to receive containers of produce used to conceal shipments of cocaine from the Dominican Republic. After conducting three test shipments without any cocaine, in September 2017, co-defendant Miguel Andres Gutierrez Diaz directed the defendant to package the cocaine and send the shipment to Duran Produce in South Florida. The defendant concealed the cocaine within the cardboard box flaps of boxes of produce in the Dominican Republic and dispatched the load to the United States. This shipment was seized on September 19, 2017 at Port Everglades, where law enforcement found 167 kilograms of cocaine concealed in the flaps of cardboard boxes filled with produce inside of a shipping container.

[Space intentionally left blank]

6. The defendant participated in the DTO by assisting in packaging the cocaine that was concealed in cardboard boxes and dispatching several loads from the Dominican Republic, which were then imported into the United States, totaling more than 450 kilograms. Cocaine from these loads was delivered to Endy Nunez Marmol and Danny Nunez Marmol.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 10/21/21         By: _____
                            ELLEN D'ANGELO
                            ASSISTANT U.S. ATTORNEY

Date: 10/21/21         By: _____
                            H. FRANK RUBIO, ESQ.
                            ATTORNEY FOR DEFENDANT

Date: 10/21/21         By: _____
                            MIGUEL EMILIO GUTIERREZ DIAZ
                            DEFENDANT